■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERTIUS LOVETT, Appellant. [876 NYS2d 924]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Monroe County, Stephen R. Sirkin, A.J.—Assault, 2nd Degree). Present—Scudder, P.J., Hurlbutt, Martoche, Smith and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MATTHEW JOHN SPILLMAN, Appellant, v MALCOLM R. CULLY, Superintendent, Livingston Correctional Facility, Respondent. [878 NYS2d 926]—Appeal dismissed without costs as moot. Counsel's motion to be relieved of assignment granted. (Appeal from Judgment of Supreme Court, Livingston County, Robert B. Wiggins, A.J.—Habeas Corpus). Present—Scudder, P.J., Hurlbutt, Martoche, Smith and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERBERT L. THOMAS, Appellant. [876 NYS2d 925]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Wyoming County Court, James R. Griffith, J.—Attempted Promoting Prison Contraband, 1st Degree). Present—Scudder, P.J., Hurlbutt, Martoche, Smith and Gorski, JJ.